UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADESSA IMPACT AUTOMOBILE RECOVERY SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | C.A. No. 04-cv-512 L |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff Adessa Impact Automobile Recovery Services, Inc., and the defendant Ford Motor Company, being all parties to have appeared in this action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this action shall be dismissed forthwith with prejudice but without an award of costs to any party. The parties further stipulate that all rights to appeal from

RECEIVED
JUN 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

the judgment of dismissal are waived.

ADESSA IMPACT AUTOMOBILE RECOVERY SERVICES, INC.

By Its Attorney,

LAW OFFICES OF STEPHEN R. WHITE

Stephen R. White, Esq. (2372)
200 Centerville Road, Suite One
Warwick, RI 02886
(401) 732-3939
Fax: (401) 737-0028

FORD MOTOR COMPANY,

By Its Attorneys,

CAMPBELL CAMPBELL EDWARDS CONROY, P.C.

Brian P. Voke (4953)
123 Dyer Street
Providence, RI 02903
(401) 421-5123
Fax: (401) 421-5136

Enter: Ronald R. Lagueux
SR USDJ 6/14/05